UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHAD KUBINSKI, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:16-CV-51 |
| | ) |
| TUV RHEINLAND INDUSTRIAL | ) |
| SOLUTIONS, INC., *et al.*, | ) |
|     Defendants. | ) |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 6, 2017, [Doc. 51]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's second motion for default judgment against defendant Buffalo Staffing, Inc., [Doc. 37], be granted. No objection to the recommendation has been filed.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation, [Doc. 51], is ADOPTED and APPROVED and that the plaintiff's second motion for default judgment, [Doc. 37] is GRANTED. Defendant Buffalo Staffing, Inc. shall be liable to the plaintiff in the amount of $42,840.00 plus post-judgment interest at the statutory rate from the date of this judgment.

So ordered.

ENTER:

                                                                                                  s/J. RONNIE GREER
                                                                          UNITED STATES DISTRICT JUDGE